# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| BRENT EDWARD MARTIN, ) | |
| AIS # Z746, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:22-00176-KD-N |
| ) | |
| DR. JARED BURKETT, ) | |
| ) | |
| Defendant. ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) (doc. 8) is ADOPTED as the opinion of this Court.

Accordingly, this action is DISMISSED without prejudice, prior to service of process, pursuant to Fed. R. Civ. P. 41(a)(2).

DONE and ORDERED this 31st day of January 2023.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE