IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **BRENT EDWARD MARTIN,** <br> **AIS # Z746,** <br>     **Plaintiff,** <br><br> v. <br><br> **DR. JARED BURKETT,** <br><br>     **Defendant.** | <br><br><br><br><br> CIVIL ACTION NO. 1:22-00176-KD-N |

## JUDGMENT

In accordance with the Order entered this date, adopting the Report and Recommendation of the Magistrate Judge, it is **ORDERED, ADJUDGED,** and **DECREED** that this action is **DISMISSED** without prejudice, prior to service of process, pursuant to Fed. R. Civ. P. 41(a)(2).

DONE and ORDERED this 31st day of January 2023.

                                               s/ Kristi K. DuBose
                                               KRISTI K. DuBOSE
                                               UNITED STATES DISTRICT JUDGE